# UNITED STATES OF AMERICA
# JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

**CHAIRMAN:**
Judge Wm. Terrell Hodges
United States District Court
Middle District of Florida

**MEMBERS:**
Judge John F. Keenan
United States District Court
Southern District of New York

Judge D. Lowell Jensen
United States District Court
Northern District of California

Judge J. Frederick Motz
United States District Court
District of Maryland

Judge Robert L. Miller, Jr.
United States District Court
Northern District of Indiana

Judge Kathryn H. Vratil
United States District Court
District of Kansas

Judge David R. Hansen
United States Court of Appeals
Eighth Circuit

**DIRECT REPLY TO:**
Michael J. Beck
Clerk of the Panel
One Columbus Circle, NE
Thurgood Marshall Federal
Judiciary Building
Room G-255, North Lobby
Washington, D.C. 20002

Telephone: [202] 502-2800
Fax: [202] 502-2888

http://www.jpml.uscourts.gov

*[Stamp: RECEIVED BY MAIL FEB 21 2006 U.S. DISTRICT COURT EASTERN DISTRICT OF MO ST. LOUIS]*

February 16, 2006

Robert C. Heinemann, Clerk
130 United States Courthouse
225 Cadman Plaza East
Brooklyn, NY 11201-1818

Re: MDL-1596 -- In re Zyprexa Products Liability Litigation

(See Attached Schedule A of Order)

Dear Mr. Heinemann:

I am enclosing a certified copy and one additional copy of a transfer order filed today by the Panel in the above-captioned matter. The order is directed to you for filing.

The Panel's governing statute, 28 U.S.C. §1407, requires that the transferee clerk "...transmit a certified copy of the Panel's order to transfer to the clerk of the district court from which the action is being transferred."

A list of involved counsel is attached.

Very truly,

Michael J. Beck
Clerk of the Panel

By /s/ Mecca S. Carter
Mecca S. Carter
Deputy Clerk

Enclosures/Attachment

cc: Transferee Judge: Judge Jack B. Weinstein
    Transferor Judges: (See Attached List of Judges)
    Transferor Clerks: James Woodward; Patricia L. Brune

## DOCKET NO. 1596

## BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

## IN RE ZYPREXA PRODUCTS LIABILITY LITIGATION

## BEFORE WM. TERRELL HODGES, CHAIRMAN, JOHN F. KEENAN, D. LOWELL JENSEN, J. FREDERICK MOTZ, ROBERT L. MILLER, JR., KATHRYN H. VRATIL AND DAVID R. HANSEN, JUDGES OF THE PANEL

### ORDER OF TRANSFER AND SIMULTANEOUS SEPARATION AND REMAND OF CERTAIN CLAIMS

Before the Panel are motions brought, respectively, pursuant to Rule 7.4, R.P.J.P.M.L., 199 F.R.D. 425, 435-36 (2001), by plaintiffs in seventeen Eastern District and seventeen Western District of Missouri actions to vacate the Panel's orders conditionally transferring the actions to the Eastern District of New York for inclusion in the coordinated or consolidated pretrial proceedings occurring there in this docket. In one of the Eastern District of Missouri actions,[1] a physician defendant moves for separation and remand under Section 1407 of the claims against her. Also before the Panel are motions brought, respectively, by defendants Bristol-Myers Squibb Co. (Bristol-Myers) and Janssen, L.P. (Janssen) to vacate one of the Panel's orders insofar as it relates to claims in ten Eastern District of Missouri actions against these defendants.[2] Specifically, these defendants ask the Panel to separate and simultaneously remand the claims against them to the Eastern District of Missouri at the time of transfer. Defendant Eli Lilly and Co. (Lilly) opposes the motions to vacate brought by plaintiffs and the physician defendant and urges inclusion of the actions in the MDL-1596 proceedings, but supports separation and remand under Section 1407 of the claims against the other pharmaceutical defendants.

On the basis of the papers filed and hearing session held, the Panel finds that all 38 actions encompassed by the various overlapping motions involve common questions of fact with the actions

---

[1] *Reed Thompson v. Janssen Pharmaceutica, L.P.*, et al., E.D. Missouri, C.A. No. 4:05-1928.

[2] *Gloria Black v. Janssen Pharmaceutica, L.P., et al.*, E.D. Missouri, C.A. No. 4:05-1921; *Cindy Buck v. Janssen Pharmaceutica, L.P., et al.*, E.D. Missouri, C.A. No. 4:05-1922; *Clifford Ferrin v. Janssen Pharmaceutica, L.P., et al.*, E.D. Missouri, C.A. No. 4:05-1923; *Pamela Journey v. Janssen Pharmaceutica, L.P., et al.*, E.D. Missouri, C.A. No. 4:05-1924; *Thomas McGee, etc. v. Janssen Pharmaceutica, L.P., et al.*, E.D. Missouri, C.A. No. 4:05-1925; *Michelle McMahon v. Janssen Pharmaceutica, L.P., et al.*, E.D. Missouri, C.A. No. 4:05-1926; *Brent Thomas v. Janssen Pharmaceutica, L.P., et al.*, E.D. Missouri, C.A. No. 4:05-1927; *Reed Thompson v. Janssen Pharmaceutica, L.P., et al.*, E.D. Missouri, C.A. No. 4:05-1928; *Tamila Watkins v. Janssen Pharmaceutica, L.P., et al.*, E.D. Missouri, C.A. No. 4:05-1930; and *James Keetch v. Janssen Pharmaceutica, L.P., et al.*, E.D. Missouri, C.A. No. 4:05-1931. Janssen is a defendant in each of these ten actions; Bristol-Myers is a defendant in only the last listed action (*Keetch*).

in this litigation previously transferred to the Eastern District of New York, and that transfer of these actions to the Eastern District of New York for inclusion in the coordinated or consolidated pretrial proceedings in that district will serve the convenience of the parties and witnesses and promote the just and efficient conduct of the litigation. The Panel further finds that transfer of these actions is appropriate for reasons expressed by the Panel in its original order directing centralization in this docket. In that order, the Panel held that the Eastern District of New York was a proper Section 1407 forum for actions involving claims of liability related to the prescription drug Zyprexa. *See In re Zyprexa Products Liability Litigation*, 314 F.Supp.2d 1380 (J.P.M.L. 2004). Any motions for remand to state court or for dismissal can be presented to and decided by the transferee court. *See, e.g., In re Ivy*, 901 F.2d 7 (2nd Cir. 1990); *In re Prudential Insurance Company of America Sales Practices Litigation*, 170 F.Supp.2d 1346, 1347-48 (J.P.M.L. 2001).

The objecting physician defendant argues, inter alia, that the presence of individual questions of fact should militate against inclusion of the claims against her in the MDL-1596 proceedings. We are unpersuaded by this argument. Inclusion of the claims against the defendant doctor pertaining to Zyprexa in the MDL-1596 proceedings has the salutary effect of placing all related claims in this docket before a single judge who can formulate a pretrial program that: 1) prevents repetition of previously considered matters; and 2) allows pretrial proceedings with respect to any individual issues to proceed concurrently with pretrial proceedings on common issues. *See, e.g., In re Ephreda Products Liability Litigation*, 314 F.Supp.2d 1373, 1375 (J.P.M.L. 2004). It may be, on further refinement of the issues and close scrutiny by the transferee judge, that some claims or actions can be remanded to their transferor districts for trial in advance of the other actions in the transferee district. Whenever the transferee judge deems remand of any claims or actions appropriate, procedures are available whereby this may be accomplished with a minimum of delay. *See* Rule 7.6, R.P.J.P.M.L., 199 F.R.D. at 436-38. The Panel is persuaded, however, that claims involving prescription drugs other than Zyprexa in ten Eastern District of Missouri actions do not share sufficient questions of fact with claims relating to Zyprexa to warrant inclusion of the former claims in MDL-1596 proceedings.

IT IS THEREFORE ORDERED that, pursuant to 28 U.S.C. § 1407, the 38 actions listed on Schedule A are transferred to the Eastern District of New York and, with the consent of that court, assigned to the Honorable Jack B. Weinstein for inclusion in the coordinated or consolidated pretrial proceedings occurring there in this docket.

IT IS FURTHER ORDERED that claims in ten actions identified in the second footnote of this order relating to prescription medications other than Zyprexa are simultaneously separated and remanded to the Eastern District of Missouri.

FOR THE PANEL:

Wm. Terrell Hodges
Chairman

# SCHEDULE A

MDL-1596 -- In re Zyprexa Products Liability Litigation

### Eastern District of Missouri

*Charles Reynolds v. Eli Lilly & Co., et al.*, C.A. No. 1:05-173
*Phyllis Edwards v. Eli Lilly & Co., et al.*, C.A. No. 1:05-174
*Linda Faye Robinson v. Eli Lilly & Co., et al.*, C.A. No. 1:05-176
*Jennifer Morlan v. Eli Lilly & Co., et al.*, C.A. No. 1:05-189
*Gilbert Sabala v. Eli Lilly & Co., et al.*, C.A. No. 2:05-65
*William Anthony Ewing v. Eli Lilly & Co., et al.*, C.A. No. 2:05-66
*Valarie A. Chazelle v. Eli Lilly & Co., et al.*, C.A. No. 4:05-1806
*Patrick McDonald v. Eli Lilly & Co., et al.*, C.A. No. 4:05-1869
*Gloria Black v. Janssen Pharmaceutica, L.P., et al.*, C.A. No. 4:05-1921
*Cindy Buck v. Janssen Pharmaceutica, L.P., et al.*, C.A. No. 4:05-1922
*Clifford Ferrin v. Janssen Pharmaceutica, L.P., et al.*, C.A. No. 4:05-1923
*Pamela Journey v. Janssen Pharmaceutica, L.P., et al.*, C.A. No. 4:05-1924
*Thomas McGee, etc. v. Janssen Pharmaceutica, L.P., et al.*, C.A. No. 4:05-1925
*Michelle McMahon v. Janssen Pharmaceutica, L.P., et al.*, C.A. No. 4:05-1926
*Brent Thomas v. Janssen Pharmaceutica, L.P., et al.*, C.A. No. 4:05-1927
*Reed Thompson v. Janssen Pharmaceutica, L.P., et al.*, C.A. No. 4:05-1928
*Tamila Watkins v. Janssen Pharmaceutica, L.P., et al.*, C.A. No. 4:05-1930
*James Keetch v. Janssen Pharmaceutica, L.P., et al.*, C.A. No. 4:05-1931
*Shirley Helms v. Eli Lilly & Co., et al.*, C.A. No. 4:05-1936
*Gloria Lothridge v. Eli Lilly & Co., et al.*, C.A. No. 4:05-1937
*Joy Hufferd v. Eli Lilly & Co., et al.*, C.A. No. 4:05-1938

### Western District of Missouri

*Robert Henry v. Eli Lilly & Co., et al.*, C.A. No. 2:05-4317
*Lindell Schmidt v. Eli Lilly & Co., et al.*, C.A. No. 2:05-4320
*Christina Quebedeaux v. Eli Lilly & Co., et al.*, C.A. No. 2:05-4326
*Ronald Forbes v. Eli Lilly & Co., et al.*, C.A. No. 2:05-4331
*Barbara Benton v. Eli Lilly & Co., et al.*, C.A. No. 2:05-4337
*Gina M. Easley v. Eli Lilly & Co., et al.*, C.A. No. 3:05-5150
*Gregory Bradley v. Eli Lilly & Co., et al.*, C.A. No. 4:05-932
*Janice A. Johnson v. Eli Lilly & Co., et al.*, C.A. No. 4:05-960
*Loretta Eads v. Eli Lilly & Co., et al.*, C.A. No. 4:05-987
*Michelle Wolfe v. Eli Lilly & Co., et al.*, C.A. No. 4:05-990
*Connie Stewart v. Eli Lilly & Co., et al.*, C.A. No. 6:05-3473
*James Caffey v. Eli Lilly & Co., et al.*, C.A. No. 6:05-3474
*Raymond Mincks v. Eli Lilly & Co., et al.*, C.A. No. 6:05-3485
*Ron Lipe v. Eli Lilly & Co., et al.*, C.A. No. 6:05-3487
*Bacil Warson v. Eli Lilly & Co., et al.*, C.A. No. 6:05-3488
*Laura Davis v. Eli Lilly & Co., et al.*, C.A. No. 6:05-3490
*Twila May Freeman v. Eli Lilly & Co., et al.*, C.A. No. 6:05-3504

# INVOLVED COUNSEL LIST
## DOCKET NO. 1596
## IN RE ZYPREXA PRODUCTS LIABILITY LITIGATION

Samuel J. Abate, Jr.
McCarter & English, L.L.P.
245 Park Avenue, 27th Floor
New York, NY 10167

Kevin J. Adrian
Brown & James
1010 Market Street
20th Floor
St Louis, MO 63101

Gilbert N. Beckemeier, Jr.
Sandberg & Phoenix
One City Centre
15th Floor
St. Louis, MO 63101-1880

Joseph C. Blanton, Jr.
Blanton & Rice
219 S. Kingshighway
P.O. Box 805
Sikeston, MO 63801-0805

Barry H. Boise
Pepper, Hamilton, LLP
3000 Two Logan Square
18th & Arch Street
Philadelphia, PA 19103-2799

Joseph F. Callahan
Sandberg & Phoenix
One City Centre
15th Floor
St. Louis, MO 63101-1880

Thomas F. Campion, Jr.
Drinker, Biddle & Reath, L.L.P.
500 Campus Drive
Florham Park, NJ 07932-1047

James R. Cantalin
Carmody MacDonald, P.C.
120 South Central Avenue
Suite 1800
St. Louis, MO 63105

Randy R. Cowherd
Haden, Cowherd & Bullock, L.L.C.
2135 E. Sunshine
Suite 203
Springfield, MO 65804-1899

Colly J. Durley
Smith & Lewis
111 South Ninth Street
Suite 200, City Centre
P.O. Box 918
Columbia, MO 65205-9018

Kenneth T. Fibich
Fibich, Hampton & Leebron, LLP
1401 McKinney
Suite 1800
Houston, TX 77010

Nina M. Gussack
Pepper, Hamilton, LLP
3000 Two Logan Square
18th & Arch Street
Philadelphia, PA 19103-2799

Todd S. Hageman
Simon & Passanante, P.C.
701 Market Street
Suite 1450
St. Louis, MO 63101

David H. Luce
Carmody MacDonald, P.C.
120 South Central Avenue
Suite 1800
St. Louis, MO 63105

Edward S. Meyer
Rabbitt, Pitzer & Snodgrass, P.C.
100 S. Fourth Street
Suite 400
St. Louis, MO 63102-1821

David E. Overby
Hyde, Love & Overby, LLP
1121 South Glenstone
Springfield, MO 65804

Andrew R. Rogoff
Pepper, Hamilton, LLP
3000 Two Logan Square
18th & Arch Street
Philadelphia, PA 19103-2799

Andrew Bruce See
Shook, Hardy & Bacon, LLP
2555 Grand Boulevard
Kansas City, MO 64108-2613

Christopher A. Seeger
Seeger Weiss, LLP
550 Broad Street
Suite 920
Newark, NJ 07102

Jon A. Strongman
Shook, Hardy & Bacon, LLP
2555 Grand Blvd.
Kansas City, MO 64108-2613

Lucy H. Unger
Williams & Venker
Ten South Broadway
Suite 1600
St. Louis, MO 63102-2704

# INVOLVED JUDGES LIST
# DOCKET NO. 1586
# IN RE ZYPREXA PRODUCTS LIABILITY LITIGATION

Hon. Henry E. Autrey
U.S. District Judge
10N Thomas F. Eagleton U.S. Courthouse
111 South Tenth Street
St. Louis, MO 63102

Hon. Richard E. Dorr
U.S. District Judge
United States District Court
222 North John Q. Hammons Parkway
Suite 3100
Springfield, MO 65806

Hon. Gary A. Fenner
U.S. District Judge
8452 Charles E. Whittaker
U.S. Courthouse
400 East 9th Street
Kansas City, MO 64106

Hon. Jean C. Hamilton
U.S. District Judge
16N Thomas F. Eagleton U.S. Courthouse
111 South Tenth St., 16th Floor
St. Louis, MO 63102-1116

Hon. Carol E. Jackson
Chief Judge, U.S. District Court
14N Thomas F. Eagleton U.S. Courthouse
111 South Tenth St., 14th Floor
St. Louis, MO 63102-1116

Hon. Nanette K. Laughrey
U.S. District Judge
7452 Charles E. Whittaker
U.S. Courthouse
400 East 9th Street
Kansas City, MO 64106

Hon. Stephen N. Limbaugh
Senior U.S. District Judge
Thomas F. Eagleton U.S. Courthouse
111 South Tenth St., 3rd Floor
St. Louis, MO 63102-9958

Hon. Catherine D. Perry
U.S. District Judge
Thomas F. Eagleton U.S. Courthouse
111 South Tenth Street, 14th Floor
St. Louis, MO 63102-9958

Hon. Charles A. Shaw
U.S. District Judge
Thomas F. Eagleton U.S. Courthouse
111 South Tenth Street, 12th Floor
St. Louis, MO 63102-9958

Hon. Rodney W. Sippel
U.S. District Judge
Thomas F. Eagleton U.S. Courthouse
111 South Tenth Street, 10th Floor
St. Louis, MO 63102-1116

Hon. Ortrie D. Smith
U.S. District Judge
7652 Charles E. Wittaker
U.S. Courthouse
400 E. 9th Street
Kansas City, MO 64106

Hon. E. Richard Webber
U.S. District Judge
Thomas F. Eagleton U.S. Courthouse
111 South Tenth St., 12th Floor
St. Louis, MO 63102-1116

Hon. Dean Whipple
Chief Judge, U.S. District Court
8652 Charles Evans Whittaker U.S. Courthouse
400 East Ninth Street
Kansas City, MO 64106

Hon. Scott O. Wright
Senior U.S. District Judge
8662 Charles Evans Whittaker
U.S. Courthouse
400 East Ninth Street
Kansas City, MO 64106